MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents, against LONG BEACH BUS CO., INC., Appellant.

Argued November 19, 1947; decided November 21, 1947.

*James F. Conway* and *Jonathan A. Hendrie* for appellant.
*Philip Halpern* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.